# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

JOSE AGUILAR,

        Plaintiff,

v.

        **JUDGMENT IN A CIVIL CASE**

        CASE NUMBER:  3:16-cv-00557-MMD-VPC

RENEE BAKER, et al.,

        Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that he complaint is dismissed in its entirety, with prejudice, as malicious and duplicative.

        **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

August 3, 2017                         **DEBRA K. KEMPI**
                                            Clerk

                                     /s/ K. Rusin
                                     Deputy Clerk